*Nathan, J*

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

STEVEN MATZURA on behalf of all other
persons similarly situated,

        Plaintiff,

–against–

H MART, INC.,

        Defendant.



17 CV 09670 (AJN)

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, attorneys of record for the parties to the above-entitled matter, that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the above-entitled action is dismissed with prejudice, without costs or fees to one party as against the other, except as otherwise agreed by the parties herein.

LAW OFFICE OF JUSTIN A. ZELLER, P.C.

By: _____
Justin A. Zeller
jazeller@zellerlegal.com
277 Broadway, Suite 408
New York, N.Y. 10007-2036
Telephone: (212) 229-2249
Facsimile: (212) 229-2246
**ATTORNEYS FOR PLAINTIFF**

Dated: New York, New York

    June 11, 2018

WARSHAW BURSTEIN, LLP

By: _____
Grant R. Cornehls
gcornehls@wbny.com
555 5TH AVE FL 12
NEW YORK, NY 10017-2456
Telephone: (212) 984-7819
Facsimile: (212) 972-9150
**ATTORNEYS FOR DEFENDANT**

Dated: New York, NY

    June 8, 2018

SO ORDERED: 6/13/18

_____
U.S.D.J.